IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEAL R. WEEMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 24-cv-1266-SMY |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# ORDER

**YANDLE, District Judge:**

Petitioner Neal R. Weems, currently incarcerated at the Thomson FCI, filed the instant action pursuant to 28 U.S.C. § 2255 (Doc. 1). He raised several claims for relief related to his conviction and sentencing for attempted enticement of a minor. *See U.S. v. Weems*, No. 21-cr-40038-SMY. Specifically, Weems asserted ineffective assistance of counsel for (1) his counsel failing to contest the undercover agent being substituted as the minor, and (2) his counsel failing to argue that his sexually explicit speech was protected by the First Amendment. This Court denied Weems' petition for habeas relief under § 2255 and dismissed the case with prejudice (Doc. 4). Weems has appealed and moves for leave to appeal *in forma pauperis* (Doc. 8).

The Court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Weems' motion for leave to appeal in forma pauperis contains no affidavit in support and fails to attach a certified statement showing all receipts, expenditures, and balances during the last

six months for his institutional accounts.  Additionally, the Court finds that his appeal is not taken in good faith as Weems has not made a showing that legal merit exists for an appeal.

Accordingly, Weems' Motion for Leave to Appeal *in Forma Pauperis* (Doc. 8) is **DENIED**.  He is **ADVISED** that he has **30 days** from service of this Order to file a motion to proceed *in forma pauperis* on appeal in the Court of Appeals.  FED. R. APP. P. 24(a)(5).

**IT IS SO ORDERED.**

**DATED:  July 12, 2024**

**STACI M. YANDLE**
**United States District Judge**